FILED
June 9, 2005
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,     )
                              )     Case No. MAG. S-05-0159-PAN
            Plaintiff,        )
                              )
v.                            )     ORDER FOR RELEASE OF
                              )     PERSON IN CUSTODY
JEFFREY KEEFOVER,             )
                              )
            Defendant.        )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release __JEFFREY KEEFOVER__

Case No. __MAG.S-05-0159-PAN__, Charge __Making a Firearm__, from custody subject to the conditions

contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __   __ Release on Personal Recognizance

    __   __ Bail Posted in the Sum of $_____

    __ X __ Unsecured Appearance Bond

    __   __ Appearance Bond with 10% Deposit

    __   __ Appearance Bond with Surety

    __   __ Corporate Surety Bail Bond

    __ X __ (Other)     __Pretrial Services Supervision; Other Special Conditions__

Issued at __Sacramento, CA__ on __June 9, 2005__ at __2:31 p.m.__.

By  /s/ Peter A. Nowinski
    Peter A. Nowinski,
    United States Magistrate Judge